UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GISSEL GAZEK NICHOLAS**       )<br>                                                           )<br>          Plaintiffs,               )<br>                                                           )<br>                                                           )    Civil Action No.:<br>V.                                                     )    1:18-CV-02367<br>                                                           )<br>**UNITED STATES HISPANIC**      )<br>**CHAMBER OF COMMERCE**   )<br>                                                           )<br>          Defendant.               )<br>                                                           ) | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Gissel Gazek Nicholas and Defendant United States Hispanic Chamber of Commerce stipulate to dismissal of all claims in this case with prejudice, with each party to bear its own costs.

Dated:  June 7, 2019                                    Respectfully submitted,

  /s/ Richard W. Evans
Richard W. Evans, Esquire #448436
McCARTHY WILSON LLP
2200 Research Boulevard
Suite 500
Rockville, Maryland 20850
Tel: (301) 762-7770
evansr@ mcwilson.com
*Attorney for Plaintiff,*
*Gissel Gazek Nicholas*


  /s/ Brian Scotti
Brian A. Scotti (Bar No. 497125)
GORDON REES SCULLY MANSUKHANI, LLP
1300 I Street, NW, Suite 825
Washington, DC 20005
(202) 399-1009
(202) 800-2999 (facsimile)

2

bscotti@grsm.com
*Counsel for Defendant*
*United States Hispanic Chamber Of Commerce*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 7, 2019, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system, which will then send notification of such filing to all counsel of record.

/s/ Brian Scotti
Brian A. Scotti